In the Matter of JAMES NEVILLE, as Executor of EUGENE F. MARTIN, JR., Deceased, Respondent, v MARIE THERESE MARTIN et al., Appellants.

Submitted June 25, 2007; decided September 11, 2007

Reported below, 38 AD3d 386.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.